IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ROBERT VILLAFUERTE, JOSE MARTINEZ, and RENE GONZALEZ,** Individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>**PIONEER ENERGY SERVICES CORP. and PIONEER COILED TUBING SERVICES F/K/A GO COIL, LLC**<br><br>*Defendants* | § § § § § § § § § § § § § § | Civil Action No. 2:14-CV-1 |

## STIPULATED DISMISSAL

This cause came to be heard upon the Joint Motion for Entry of Stipulated Dismissal, all parties being before the Court through their respective counsel, and having considered their motion, the Court hereby enters the following order of dismissal.

Plaintiffs Robert Villafuerte, Jose Martinez, and Rene Gonzalez, individually and on behalf of all others similarly situated, brought this action against Defendants Pioneer Energy Services Corp. and Pioneer Coiled Tubing Services f/k/a Go Coil, LLC to recover compensation and attorneys' fees pursuant to the Fair Labor Standards Act.

Plaintiffs Robert Villafuerte, Jose Martinez, and Rene Gonzalez, individually and on behalf of all others similarly situated, no longer desire to prosecute their claims against Defendants Pioneer Energy Services Corp. and Pioneer Coiled Tubing Services f/k/a Go Coil, LLC.

It is, THEREFORE, ORDERED, ADJUDGED, and DECREED that the proposed Joint Motion for Entry of Stipulated Dismissal is hereby approved and this cause is hereby dismissed without prejudice and without cost to either side.

SIGNED and ENTERED this the _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE
NELVA GONZALES RAMOS